**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHANMATEE P.,

                Plaintiff,

-against-                                          24 **CIVIL** 2629 (GRJ)

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 9, 2024, Plaintiff's request for judgment on the pleadings is DENIED; the Commissioner's request for Judgment on the Pleadings is GRANTED; and this case is DISMISSED. Final judgment is entered in favor of the Commissioner; accordingly, the case is closed.

**Dated:** New York, New York

        December 10, 2024

                                                          **TAMMI M. HELLWIG**

                                                             **Clerk of Court**

                              **BY:**                *K. Mango*

                                                             **Deputy Clerk**